Name and address
Darlene Ricker #151653
PO Box 2285
Malibu, CA 90265
(310) 457-8600

FILED
CLERK, U.S. DISTRICT COURT
DEC 27 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**ORIGINAL**

United States
Plaintiff(s)

v.

Frank Lizama
Defendant(s).

CASE NUMBER
CR-05-1182-SJL

ORDER ON
REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY

The Court hereby orders that the request of:

Frank Lizama ☐ Plaintiff ☒ Defendant ☐ Other _____
*Name of Party*

to substitute Darlene Ricker _____ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

PO Box 2285
*Street Address*

Malibu, CA 90265          dmricker@aol.com
*City, State, Zip*                *E-Mail Address*

310-457-8600        310-457-8602        151653
*Telephone Number*     *Fax Number*        *State Bar Number*

as attorney of record in place and stead of Anthony Salerno
*Present Attorney*

is hereby  ☒ GRANTED     ☐ DENIED

Dated 12/27/05

Spencer Letts
U. S. District Judge/~~U.S. Magistrate Judge~~

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)     ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 25019 Pacific Coast Hwy., Malibu, California 90265.

As a member of the bar of this Court, I served the foregoing document described as **"ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY"** on December 15, 2005, on all interested parties in this action as follows:

AUSA Keri Curtis Axel
Office of the United States Attorney
1200 U.S. Courthouse
312 N. Spring Street
Los Angeles, CA 90012

(  ) By mail, I caused said document to be placed in an envelope, with postage thereon fully prepaid, in the United States mail at Malibu, California.

(  ) By facsimile, I caused said document to be transmitted for immediate receipt to the office(s) of the addressee(s) listed above/on the attached service list to the corresponding facsimile number(s) indicated by "*."

( X ) By personal service, I personally delivered to the office(s) of the addressee(s).

(  ) By Federal Express, I caused said document to be delivered for overnight/next business to the office(s) of the addressee(s).

Executed on December 15, 2005, at Malibu, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my personal knowledge.

*DMRicker*
DARLENE M. RICKER

1