# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No: CR05-1182-JSL                                Date: Jan. 17, 2006

Present: The Honorable  J. SPENCER LETTS

Interpreter

| Nancy J. Webb | Maria Bustillos | Ann Voights/Chris Lewey |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Frank Lebito Lizama | X | X | | Darlene Ricker | X | X | |
| Albert Alexander Saldano | X | X | | Lara Bazelon  DFPD | X | X | |

**PROCEEDINGS:**   **STATUS CONFERENCE:**

Case called. Court and counsel confer. Mr. Lizama requests new counsel and will submit a CJA
The Court questions Ms Ricker. The Court understands that Mr. Robinson is willing to be
appointed, and instructs counsel to submit a substitution of counsel.

The Court continues the status conference to March 27, 2006 at 11am and the trial date to
April 4, 2006 at 9am. Counsel for the government shall prepare the Court's exclud. Time order.
The Court addresses both defendants and the defendants agree on the record to the above dates.

cc: AUSA ,DFPD,



ENTER ON ICMS

FEB - 2 2006



:  20

Initials of Deputy Clerk

cc: