# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK L. LIZAMA, | ) | CR 05-1182 JSL |
| Plaintiff, | ) | |
| v. | ) | ORDER DISMISSING PETITIONER'S MOTION TO COMPEL PURSUANT TO 5 U.S.C. §§ 702 and 706 & 28 U.S.C. § 1331 |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

Petitioner Frank L. Lizama's Motion to Compel Pursuant to 5 U.S.C. §§ 702 and 706 and 28 U.S.C. § 1331 is dismissed because the Court lacks jurisdiction.

Having reviewed the papers filed in connection with this matter and being fully apprised of the relevant facts and law, the Court finds that there is no legal basis for relief.

THEREFORE, IT IS HEREBY ORDERED that Petitioner's Motion to Compel Pursuant to 5 U.S.C. §§ 702 and 706 and 28 U.S.C. § 1331 is DISMISSED, without prejudice.

IT IS SO ORDERED. *Spencer Letts*

DATED: May 11, 2011 _____

J. Spencer Letts
Senior United States District Judge